| | |
|---|---|
| 1 | Joseph R. Manning, Jr., Esq. (SBN 223381) |
| 2 | **MANNING LAW, APC** |
|   | 20062 SW Birch St., Suite 200 Newport Beach, CA 92660 |
| 3 | Tel: (949) 200-8755 Fax: (866) 843-8308 |
| 4 | DisabilityRights@manninglawoffice.com |
| 5 | Attorneys for Plaintiff: |
| 6 | JAMES RUTHERFORD |
| 7 | P Arnsen Blakely (SBN 49278) |
| 8 | **WATKINS BLAKELY & TORGERSON LLP** |
|   | 2436 West Coast Highway, #106 |
| 9 | Newport Beach, CA 92663 |
| 10 | Tel: 949-220-2492 |
|    | Blake@lawfriend.com |
| 11 | |
| 12 | Attorney for Defendant |
|    | BEATRIZ GREGG, individually and as trustee |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, | Case No.: 8:21-cv-00600-CJC-KES |
| | Hon. Cormac J. Carney |
| Plaintiff, | |
| | **JOINT NOTICE OF SETTLEMENT** |
| v. | |
| | Complaint Filed: March 31, 2021 |
| SIDEL MONTES, an individual; BEATRIZ GREGG, individually and as trustee or successor trustee of the BEATRIZ GREGG SEPARATE PROPERTY REVOCABLE TRUST DATED FEBRUARY 20, 2002; and DOES 1-10, inclusive, | Trial Date: None Set |
| Defendants. | |

JOINT NOTICE OF SETTLEMENT

1

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff, JAMES RUTHERFORD, and Defendant, BEATRIZ GREGG, individually and as trustee (the "Parties") have reached a settlement in this matter and expect to file a joint stipulation for dismissal of the action pending completion of certain terms of the confidential settlement agreement.

Dated: June 21, 2021        **MANNING LAW, APC**

                            By:  */s/ Joseph R. Manning, Jr. Esq.*
                                 Joseph R. Manning, Jr., Esq.
                                 Attorneys for Plaintiff,
                                 James Rutherford

Dated: June 21, 2021        **WATKINS BLAKELY & TORGERSON LLP**

                            By:  */s/ P Arnsen Blakely*
                                 P Arnsen Blakely
                                 Attorney for Defendant,
                                 Beatriz Gregg, individually and as trustee

## CERTIFICATE OF SERVICE

I certify that on June 21, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

                            Respectfully submitted,

Dated: June 21, 2021        **MANNING LAW, APC**

                            By:  */s/ Joseph R. Manning, Jr. Esq.*
                                 Joseph R. Manning, Jr., Esq.
                                 Attorneys for Plaintiff
                                 James Rutherford

## SIGNATURE ATTESTATION

Pursuant to Civil L.R 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

Dated: June 21, 2021                    **MANNING LAW, APC**

                                        By:   */s/ Joseph R. Manning, Jr. Esq.*
                                              Joseph R. Manning, Jr., Esq.
                                              Attorneys for Plaintiff
                                              James Rutherford