Joseph R. Manning, Jr. (SBN 223381)
DisabilityRights@manninglawoffice.com
**MANNING LAW, APC**
20062 SW Birch Street, Suite 200
Newport Beach, CA 92660
Tel: 949.200.8755 / Fax: 866.843.8308

Attorneys for Plaintiff:
JAMES RUTHERFORD

John L. Castillo, (SBN 63950)
**LAW OFFICES OF JOHN L. CASTILLO**
209 East Washington Avenue
Santa Ana, California 92701
Tel: 714-550-1244
johncastillo@johncastillo.onmicrosoft.com

Attorneys for Defendant:
SIDEL MONTES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>SIDEL MONTES, an individual; BEATRIZ GREGG, individually and as trustee or successor trustee of the BEATRIZ GREGG SEPARATE PROPERTY REVOCABLE TRUST DATED FEBRUARY 20, 2002; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 8:21-cv-00600-CJC-KES<br><br>Hon. Cormac J. Carney<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: March 31, 2021<br>Trial Date: None |

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff JAMES RUTHERFORD ("Plaintiff") and SIDEL MONTES and BEATRIZ GREGG ("Defendants"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own attorneys' fees, expert fees, and costs.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: June 29, 2021

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
   Joseph R. Manning, Jr.
   Attorney for Plaintiff
   James Rutherford

DATED: June 29, 2021

**WATKINS BLAKELY & TORGERSON LLP**

By: /s/ *P Arnsen Blakely*
   P Arnsen Blakely
   Attorneys for Defendant
   Beatriz Gregg, individually and as trustee

DATED: June 29, 2021

**LAW OFFICES OF JOHN L. CASTILLO**

By: /s/ *John L. Castillo*
   John L. Castillo
   Attorneys for Defendant
   Sidel Montes

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: June 29, 2021          By: /s/ *Joseph R. Manning, Jr.*