JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>　　Plaintiff,<br><br>v.<br><br>SIDEL MONTES, an individual; BEATRIZ GREGG, individually and as trustee or successor trustee of the BEATRIZ GREGG SEPARATE PROPERTY REVOCABLE TRUST DATED FEBRUARY 20, 2002; and DOES 1-10, inclusive,<br><br>　　Defendants. | Case No. 8:21-cv-00600-CJC-KES<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Sidel Montes and Beatriz Gregg, individually and as trustee ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: June 29, 2021

_____
UNITED STATES DISTRICT JUDGE